ACCEPTED
15-25-00021-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
6/23/2025 11:17 AM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00021-CV

In the Fifteenth Court of Appeals
Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
6/23/2025 11:17:46 AM
CHRISTOPHER A. PRINE
Clerk

PFIZER INC. and TRIS PHARMA, INC.,
Petitioners/Defendants,
v.
The STATE OF TEXAS and TARIK AHMED,
Respondents/Plaintiffs.

Permissive appeal from the 71st Judicial District Court, Harrison County, Texas

## JOINT MOTION OF THE PARTIES TO STAY PROCEEDINGS

Plaintiffs the State of Texas, by and through the Attorney General of Texas, Ken Paxton, and Relator Tarik Ahmed have reached an agreement in principle with Defendants Pfizer Inc. and Tris Pharma, Inc. (together with Plaintiffs, the "Parties") to resolve the underlying case. The Parties require additional time to finalize the terms of their agreement and thus respectfully request that the Court grant a thirty-day abeyance. The Parties will either file stipulated dismissals within this period or provide a status report to the Court at the conclusion of the thirty days.

Respectfully submitted,

_/s/ Paige L. Cheung_

**ATTORNEYS FOR THE STATE OF TEXAS**

Paige L. Cheung
Assistant Attorney General
Texas Bar No. 24116193
Vivian Egbu
Assistant Attorney General
Texas State Bar No. 24079078
Nadia Burns
Assistant Attorney General
Texas State Bar No. 24041176
Office of the Attorney General
Healthcare Program Enforcement
Division
P.O. Box 12548, Capitol Station
Austin, TX 78711-2548
Paige.Cheung@oag.texas.gov
Vivian.Egbu@oag.texas.gov
Nadia.Burns@oag.texas.gov
(512) 937-9149

_/s/ Jason T. Brown_

**BROWN, LLC**
Jason T. Brown
111 Town Square Place, Suite 400
Jersey City, NJ 07310
jtb@jtblawgroup.com
(877) 561-0000

**POTTER MINTON, PC**
Michael E. Jones
102 North College, Suite 900
Tyler, TX 75702
mikejones@potterminton.com
E. Glenn Thames, Jr.
102 North College, Suite 900

_/s/ Edward D. Burbach_

**FOLEY & LARDNER LLP**
Edward D. Burbach
Texas Bar No. 03355250
600 Congress, Suite 3000
Austin, TX 78701
eburbach@foley.com
(512)542-7070

**THE VAL JONES LAW FIRM**
George Valton ("Val") Jones
State Bar No. 10888050
109 West Austin St.
Marshall, TX 75670-3340
val@valjoneslaw.com
(903) 927-2220

**ROPES & GRAY LLP**
Samantha Barrett Badlam
(admitted _pro hac vice_)
Stefan P. Schropp
(admitted _pro hac vice_)
2099 Pennsylvania Ave., N.W.
Washington, DC 20006-6807
samantha.badlam@ropesgray.com
stefan.schropp@ropesgray.com
(202) 508-4734
(202) 508-4883

**COUNSEL FOR DEFENDANT PFIZER INC.**

_/s/ Harry Gillam, Jr._

**GILLAM & SMITH LLP**
Harry "Gil" Gillam, Jr.
Texas Bar. No. 07921800
Tom Gorham
Texas Bar. No. 24012715

Tyler, TX 75702
glennthames@potterminton.com
(903) 597-8311

**COUNSEL FOR TARIK AHMED**

303 S. Washington Ave.
Marshall, TX 75670
gil@gillamsmithlaw.com
tom@gillamsmithlaw.com
(903) 934-8450

**BLANK ROME LLP**
William E. Lawler III
D.C. Bar No. 398951
1825 Eye Street NW
Washington, DC 20006
wlawler@blankrome.com
(202) 420-5460

Huaou Yan (admitted *pro hac vice*)
PA Bar No. 324705
One Logan Square, 130 North 18th St
Philadelphia, PA 19103
huaou.yan@blankrome.com
(215) 569-5449

**COUNSEL FOR DEFENDANT TRIS
PHARMA, INC.**

Date: June 23, 2025

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Lang on behalf of George Jones
Bar No. 10888050
paul.lang@ropesgray.com
Envelope ID: 102294289
Filing Code Description: Motion
Filing Description: Joint Motion of the Parties to Stay Proceedings
Status as of 6/23/2025 11:22 AM CST

Associated Case Party: Pfizer Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Stacy Obenhaus | | sobenhaus@foley.com | 6/23/2025 11:17:46 AM | SENT |
| Kristin Hernandez | | kristin.hernandez@foley.com | 6/23/2025 11:17:46 AM | SENT |
| Pfizer Case Team | | QXRTXQuiTamAssociates&Paralegals@ropesgray.com | 6/23/2025 11:17:46 AM | SENT |
| Lit Docket MCO | | LitDocketInformationGovernance@ropesgray.com | 6/23/2025 11:17:46 AM | SENT |
| Stefan Schropp | | stefan.schropp@ropesgray.com | 6/23/2025 11:17:46 AM | SENT |
| Samantha BarrettBadlam | | samantha.badlam@ropesgray.com | 6/23/2025 11:17:46 AM | SENT |
| Edward Burbach | | eburbach@foley.com | 6/23/2025 11:17:46 AM | SENT |
| George Valton | | val@valjoneslaw.com | 6/23/2025 11:17:46 AM | SENT |

Associated Case Party: Tris Pharma Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Andrew Gorham | 24012715 | tom@gillamsmithlaw.com | 6/23/2025 11:17:46 AM | SENT |
| M'Liss Hindman | | mliss.hindman@blankrome.com | 6/23/2025 11:17:46 AM | SENT |
| Harry Gillam | 7921800 | gil@gillamsmithlaw.com | 6/23/2025 11:17:46 AM | SENT |
| William E.Lawler, III | | william.lawler@blankrome.com | 6/23/2025 11:17:46 AM | SENT |
| Bobbye Pyke | | Bobbye.Pyke@blankrome.com | 6/23/2025 11:17:46 AM | SENT |
| Huaou Yan | | huaou.yan@blankrome.com | 6/23/2025 11:17:46 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Diana Arias | | diana@gillamsmithlaw.com | 6/23/2025 11:17:46 AM | SENT |
| Rosa Ferguson | | rosa@gillamsmithlaw.com | 6/23/2025 11:17:46 AM | SENT |

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Lang on behalf of George Jones
Bar No. 10888050
paul.lang@ropesgray.com
Envelope ID: 102294289
Filing Code Description: Motion
Filing Description: Joint Motion of the Parties to Stay Proceedings
Status as of 6/23/2025 11:22 AM CST

Case Contacts

| | | | | |
|---|---|---|---|---|
| Rosa Ferguson | | rosa@gillamsmithlaw.com | 6/23/2025 11:17:46 AM | SENT |
| Olivia Arias | | olivia@gillamsmithlaw.com | 6/23/2025 11:17:46 AM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Jonathan Bonilla | 24073939 | Jonathan.Bonilla@hhs.texas.gov | 6/23/2025 11:17:46 AM | SENT |
| Jordan Underhill | 24102586 | jordan.underhill@oag.texas.gov | 6/23/2025 11:17:46 AM | SENT |
| Nadia Burns | 24041176 | nadia.burns@oag.texas.gov | 6/23/2025 11:17:46 AM | SENT |
| Paige Cheung | 24116193 | paige.cheung@oag.texas.gov | 6/23/2025 11:17:46 AM | SENT |
| Vivian Egbu | | vivian.egbu@oag.texas.gov | 6/23/2025 11:17:46 AM | SENT |
| Lauren Sibley | | lauren.sibley@oag.texas.gov | 6/23/2025 11:17:46 AM | SENT |
| Paige Cheung | | paige.cheung@oag.texas.gov | 6/23/2025 11:17:46 AM | SENT |

Associated Case Party: Tarik Ahmed

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Earl Thames | 785097 | Glennthames@potterminton.com | 6/23/2025 11:17:46 AM | SENT |
| Jason T.Brown | | jtb@jtblawgroup.com | 6/23/2025 11:17:46 AM | SENT |
| Patrick S.Almonrode | | patalmonrode@jtblawgroup.com | 6/23/2025 11:17:46 AM | SENT |
| Michael E.Jones | | mikejones@potterminton.com | 6/23/2025 11:17:46 AM | SENT |

Associated Case Party: WolfgangP.Hirczy de Mino

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Paul Lang on behalf of George Jones
Bar No. 10888050
paul.lang@ropesgray.com
Envelope ID: 102294289
Filing Code Description: Motion
Filing Description: Joint Motion of the Parties to Stay Proceedings
Status as of 6/23/2025 11:22 AM CST

Associated Case Party: WolfgangP.Hirczy de Mino

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Wolfgang PHirczy de Mino | | wphdmphd@gmail.com | 6/23/2025 11:17:46 AM | SENT |